```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CARTIER, a division of RICHEMONT
NORTH AMERICA, INC.; and
CARTIER INTERNATIONAL, N.V.,            05 Civ. 9976 (LTS)(DFE)

                    Plaintiffs,         (This is an ECF case)

          - against -                   MEMORANDUM AND ORDER

AVIANNES, INC. d/b/a AVIANNE'S,
et al.,

                    Defendants.
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/09

DOUGLAS F. EATON, United States Magistrate Judge.

    Judge Swain has advised me that, pursuant to her December 2, 2005 Order of Reference, I am to decide the April 7, 2009 motion for leave to file a Third Amended Complaint.

    All papers opposing the motion must be filed via ECF by April 21, 2009, and any reply papers must be filed via ECF by April 28, 2009.

    Any party may request oral argument, but I am unlikely to grant it unless good cause is shown. It may be most efficient if the defense attorneys arrange for one attorney to submit a single opposing memorandum of law on behalf of all defendants.

                                  */s/ Douglas F. Eaton*
                                  DOUGLAS F. EATON
                                  United States Magistrate Judge
                                  500 Pearl Street, Room 1360
                                  New York, New York 10007
                                  Telephone: (212) 805-6175
                                  Fax: (212) 805-6181

Dated:    New York, New York
            April 16, 2009

USDC SDNY
DATE SCANNED 4/16/09

Copies of this Memorandum and Order will be sent (by electronic filing only) to:

For Plaintiffs:            Milton Springut, Esq.
                           Tal S. Benschar, Esq.
                           Kalow & Springut LLP
                           488 Madison Avenue
                           New York, NY 10022
                           212-813-1600
                           Fax: 212-813-9600

For Aviannes, Inc.         Gregory Bitterman, Esq.
                           390 East Shore Road
                           Great Neck, NY 11023
                           516-369-3100
                           Fax: 516-487-1498

For Watch Hospital Jewelry Store, Inc.
    and Motion in Time, Inc.
    and Yaeger Watch Corp.

                           Stephen R. Krawitz, Esq.
                           Stephen R. Kwawitz, LLC
                           271 Madison Avenue, Suite 200
                           New York, NY 10016
                           212-682-0707
                           Fax: 212-682-8821

For Kinetics of NY, Inc.
    and Nelly's Fine Jewelry and Watch, Inc.

                           J. Roberto Cardenas, Esq.
                           Cardenas & Associates
                           119 West 57th St., Suite 1215
                           New York, NY 10019
                           212-977-7095
                           Fax: 212-977-7085

For M.M. Dynasty Jewelry
    and Johnny's Diamonds and Jewelry
    and Diamond Source, Inc.

                           Albert Dayan, Esq.
                           Law Offices of Albert Dayan
                           80-02 Kew Gardens Road
                           Kew Gardens, NY 11415
                           718-268-9400
                           Fax: 718-268-9404

<u>For</u> Gold Standard Jewelry Corp.

                            Andrea L. Calvaruso, Esq.
                            Donovan, Calvaruso & Yee LLP
                            110 Greene St., Suite 700
                            New York, NY 10012
                            212-226-9796
                            Fax: 212-226-1995

Hon. Laura Taylor Swain