```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CARTIER, a division of RICHEMONT
NORTH AMERICA, INC.; and
CARTIER INTERNATIONAL, B.V.,
                    Plaintiffs,           05 Civ. 9976 (LTS)(DFE)
                                          (This is an ECF case)

      - against -                         MEMORANDUM AND ORDER

AVIANNES, INC. d/b/a AVIANNE'S,
et al.,
                    Defendants.
------------------------------------x
```

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/29/09

DOUGLAS F. EATON, United States Magistrate Judge.

   I am responding to Mr. Cardenas's letter motion to me dated April 28, 2009. In view of Mr. Benschar's opposition to a second extension, I will not grant an extension to May 8, but I do rule as follows on Mr. Cardenas's letter motion (Document #73):

   All papers opposing the 4/7/09 motion for leave to file a Third Amended Complaint, and any cross-motion to dismiss for failure to prosecute, must be filed via ECF by May 6, 2009.

   Plaintiffs' reply in support of their 4/7/09 motion, and Plaintiffs' response to any cross-motion, must be filed via ECF by May 14, 2009.

   Any reply in support of a cross-motion must be filed via ECF by May 19, 2009.

   Any party may request oral argument, but I am unlikely to grant it unless good cause is shown. It may be most efficient if the defense attorneys arrange for one attorney to submit papers on behalf of all defendants.

                                    /s/ Douglas F. Eaton
                                    _____
                                    DOUGLAS F. EATON
                                    United States Magistrate Judge
                                    500 Pearl Street, Room 1360
                                    New York, New York 10007
                                    Telephone: (212) 805-6175
                                    Fax: (212) 805-6181fax

Dated:   New York, New York
         April 29, 2009

USDC SDNY DATE SCANNED 4/29/09

Copies of this Memorandum and Order will be sent (by electronic filing only) to:

For Plaintiffs:            Milton Springut, Esq.
                           Tal S. Benschar, Esq.
                           Kalow & Springut LLP
                           488 Madison Avenue
                           New York, NY 10022
                           212.813.1600
                           Fax: 212.813.9600

For Aviannes, Inc.         Gregory Bitterman, Esq.
                           390 East Shore Road
                           Great Neck, NY 11023
                           516.369.3100
                           Fax: 718.852.4518

For Watch Hospital Jewelry Store, Inc.
    and Motion in Time, Inc.
    and Yaeger Watch Corp.         Stephen R. Krawitz, Esq.
                                   Stephen R. Kwawitz, LLC
                                   271 Madison Avenue, Suite 200
                                   New York, NY 10016
                                   212.682.0707
                                   Fax: 212.682.8821

For Kinetics of NY, Inc.
    and Nelly's Fine Jewelry and Watch, Inc.
                           J. Roberto Cardenas, Esq.
                           Cardenas & Associates
                           119 West 57th St., Suite 1215
                           New York, NY 10019
                           212.977.7095
                           Fax: 212.977.7085

For M.M. Dynasty Jewelry
    and Johnny's Diamonds and Jewelry
    and Diamond Source, Inc.       Albert Dayan, Esq.
                                   Law Offices of Albert Dayan
                                   80-82 Kew Gardens Road
                                   Kew Gardens, NY 11415
                                   718.268.9400
                                   Fax: 718.268.9404

For Gold Standard Jewelry Corp.
                           Andrea L. Calvaruso, Esq.
                           Donovan & Yee LLP
                           110 Greene St., Suite 700

                                                    New York, NY 10012
                                                  212.226.7700
                                                  Fax: 212.226.1995

Hon. Laura Taylor Swain